1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, 9th Floor
5     San Francisco, California 94102-3495
      Telephone:   (415) 436-7264
6     Facsimile:   (415) 436-6748
      Email: abraham.simmons@usdoj.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

ILIANA DALEY,                        )  No. C 09-3338 WHA
          Plaintiff,                 )
                                     )  **STIPULATION AND REQUEST TO
          v.                         )  REMOVE CASE FROM MEDIATION;
                                     )  AND REQUEST FOR REFERRAL TO
JOHN E. POTTER, Postmaster General of)  SETTLEMENT CONFERENCE
the United States,                   )  PROGRAM;**
          Defendant.                 )  [PROPOSED] ORDER

The parties hereby stipulate and request that this case be removed from the court-sponsored mediation program. The parties further request that the matter be referred to the court's settlement conference program and that it be scheduled for a conference before a federal magistrate judge. This request is made on the ground that the parties believe that the chance of a settlement would be significantly better were a magistrate judge to handle the alternative dispute resolution procedures in this case.

                                        Respectfully submitted,

          ILIANA DALEY                  JOSEPH P. RUSSONIELLO
                                        United States Attorney

Dated: January 21, 2010      /s/                    /s/
                          PLAINTIFF          ABRAHAM A. SIMMONS
                                             Assistant United States Attorney

                         [PROPOSED] ORDER

**It is so ordered**. This case is removed from the mediation program and is referred to the settlement conference program.

                                    _____
                                    United States [Judge William Alsup]

IT IS SO ORDERED
Judge William Alsup