*E-Filed 6/29/10*

1  Iliana Daley
   In Pro Per
2  7022 Barranca Drive
   El Dorado Hills, CA 95762
3  Tel: (916) 346-5807

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILIANA DALEY, | Case No. CV 09-03338 RS |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE; AND [PROPOSED] ORDER THEREON |
| vs. | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

The parties hereby stipulate and request that this Court dismiss this case with prejudice as follows:

1. Parties have reached a settlement in this case.
2. Parties hereby agree and stipulate to dismiss this case in its entirety with prejudice.

Dated: June 28, 2010

By: _____
Iliana Daley, In Pro Per Plaintiff

Dated: June 28, 2010

By: _____
Abraham A. Simmons, Attorney for Defendant
JOHN E. POTTER, U.S. POSTAL SERVICE

STIPULATION OF DISMISSAL                                                      Case No. CV 09-03338 RS

## [PROPOSED] ORDER

Pursuant to the parties' Stipulation, IT IS SO ORDERED.

Dated: 6/29/10          By: *[signature: Richard Seeborg]*

Hon. Richard Seeborg
U.S. District Court Judge

- 2 -

STIPULATION OF DISMISSAL                                   Case No. CV 09-03338 RS